IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

Justin R. Foley

2:23-cr-97
JUDGE WATSON

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(b) and Fed. R. Crim. P. 59, this case is hereby **REFERRED** to a United States Magistrate Judge for the taking of Defendant's plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Before proceeding, the Magistrate Judge shall obtain Defendant's consent to proceeding before a magistrate judge. After the plea proceeding, the Magistrate Judge shall file a report and recommendations regarding the plea.

**IT IS SO ORDERED.**

Date: May 22, 2023

Michael H. Watson